RECEIVED

MD/FL 12C
(9/03)

# United States District Court

11 MAY 18 PM 3: 26

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

for

Middle District of Florida
Tampa Division

Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Ulysses Strong          Docket Number: 8:00-CR-188-T-17MAP

Name of Sentencing Judicial Officer: Honorable Elizabeth A. Kovachevich

Date of Original Sentence: February 9, 2001

Original Offense: Count One: Armed Bank Robbery; Counts Two through Six: Bank Robbery

Original Sentence: One hundred twenty-one months (121) in the custody of the Bureau of Prisons, Counts to run concurrently, with three (3) years of Supervised Release to follow, Counts to run concurrently. Special conditions: participate in treatment program (in or outpatient) for narcotics addiction; do not incur any new credit charges, open any new lines of credit; provide the probation office with access to any financial information; and pay restitution, joint and several with co-defendants in the amount of $22,198.00. Pay a $600.00 Special Assessment fee.

On September 30, 2010, sentence was modified as follows: that the defendant pay restitution at a rate of $20.00 per month.

Type of Supervision: Supervised Release     Date Supervision Commenced: June 19, 2009

Assistant United States Attorney: Erik A. Matheney    Defense Attorney: Jay Bailly (Appointed)

## PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

1. New criminal conduct, Possession of Controlled Substance (Crack Cocaine), occurring on May 6, 2011, while on supervision in violation of the conditions of supervision: On May 6, 2011, the defendant was found to be in possession of several small rocky white substances that field tested positive for cocaine and weighed 1.0 grams. He was subsequently arrested and charged with Possession of a Controlled Substance (crack cocaine), in Manatee County Circuit Court, Bradenton, Florida Docket No.: 2011 CF 001616.

Filed111715USDcFlnIPM0316

MD/FL 12C  
(9/87)

Page: 2

Offender: **Strong, Ulysses**  
Docket: **8:00-CR-188-T-17MAP**  
Date Prepared: **May 12, 2011**

2. **New criminal conduct, Battery, occurring on May 6, 2011, while on supervision in violation of the conditions of supervision:** On May 6, 2011, the defendant was observed punching his girlfriend in the head in Palmetto, Florida, by a member of the Manatee County Sheriff's Office. He was subsequently arrested and charged with Battery, in Manatee County Circuit Court, Bradenton, Florida Docket No.: 2011 CF 001616.

3. **New criminal conduct, Resisting Arrest without Violence, occurring on May 6, 2011, while on supervision in violation of the conditions of supervision:** On May 6, 2011, the defendant was told by members of the Manatee County Sheriff's Office that he was under arrest. He then attempted to flee on foot and was apprehended after a taser was deployed by authorities. He was subsequently arrested and charged with Resisting Arrest without Violence, in Manatee County Circuit Court, Bradenton, Florida Docket No.: 2011 001616.

4. **Failure to make restitution in violation of the court's order, which requires him to make payments as follows: At a rate of $20.00 per month:** Between June 19, 2009, and the present date, the defendant failed to make restitution payments according to the payment schedule ordered by the court on September 30, 2010.

MD/FL 12C  
(9/97)

Page: 3

Offender: **Strong, Ulysses**  
Docket: 8:00-CR-188-T-17MAP  
Date Prepared: **May 12, 2011**

United States Probation Office Recommendation:

☒ The term of supervision should be

    ☒ revoked

    ☐ extended for years and months, for a total term of years and months.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.  
Executed on May 12, 2011

*Gerri J. Cotter* (signature)

Gerri J. Cotter  
Officer in Charge  
United States Probation Officer

MD/FL 12C
(9/97)

Page: 4

Offender: Strong, Ulysses
Docket: 8:00-CR-188-T-17MAP
Date Prepared: May 12, 2011

THE COURT ORDERS

☑ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ No Action

☐ Other

_____
Signature of Judicial Officer

May 16, 2011
_____
Date

I certify the foregoing to be a true and correct copy of the original.
SHERYL L LOESCH, Clerk
United States District Court
Middle District of Florida
BY: _____
Deputy Clerk

≈AO 442   (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Florida_____

UNITED STATES OF AMERICA

V.

Ulysses Strong

**WARRANT FOR ARREST**

Case Number: 8:00-CR-188-T-17MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Ulysses Strong_____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☒ Supervised Release Violation    ☒ Violation Notice

charging him with (brief description of offense)

See attached Petition.

SHERYL L. LOESCH
Name of Issuing Officer

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

MAY 1 8 20__ TAMPA, FLORIDA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |